AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

APR 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| CARLOS VARGAS-JURIEL | CASE NUMBER: 08CR1217 |

I, <u>CARLOS VARGAS-JURIEL</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/17/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

CARLOS V.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER